# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-70037

SCOTT PANETTI

United States Court of Appeals
Fifth Circuit

**FILED**

December 3, 2014

Lyle W. Cayce
Clerk

Petitioner - Appellant

v.

WILLIAM STEPHENS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,

Respondent - Appellee

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:04-CV-42

Before STEWART, Chief Judge, and HIGGINBOTHAM and OWEN, Circuit Judges.

PER CURIAM:*

We STAY the execution pending further order of the court to allow us to fully consider the late arriving and complex legal questions at issue in this matter.[1] An order setting a briefing schedule and oral argument will follow.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

[1] *See* 28 U.S.C. § 2251(a)(3); *McFarland* v. *Scott*, 512 U.S. 849, 858 (1994).